1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SKAGGS, | ) Case No.  10-CV-02543-JAM-KJN |
| Plaintiff, | ) |
| vs. | ) ORDER TO CONTINUE TRIAL AND |
| NCO FINANCIAL SYSTEMS, INC., | ) RELATED DATES |
| Defendant. | ) |

Based on the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.      The discovery cut-off shall be July 29, 2011.

2.      The parties shall have until September 21, 2011 to file dispositive motions; the hearing on such motion will be October 19, 2011.

3.      A Pretrial Conference will be held on December 2, 2011 at 2:00 p.m.

[Proposed] Order to Continue Trial and Related Dates

1

PDF created with pdfFactory trial version www.pdffactory.com

4.     The jury trial of the case shall being on January 9, 2012 at 9:00 a.m.

IT IS SO ORDERED.


Dated:   3/22/2011

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

[Proposed] Order to Continue Trial and Related Dates

2

PDF created with pdfFactory trial version www.pdffactory.com