1  CHARLES J. STEVENS (106981)
   DAVID A. CHEIT (Bar No. CA-121379)
2
   DLA PIPER LLP (US)
3  400 Capitol Mall, Suite 2400
   Sacramento, CA 95814
4  Tel:  916/930-3200
   Fax:  916/930-3201
5
   Attorneys for Third Party Respondent
6  Verizon California Inc.

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| Travis Skaggs, | CASE NO.  2:10-cv-02543 JAM KJN |
|---|---|
| Plaintiff, | [**PROPOSED**] ORDER VACATING ORDER TO SHOW CAUSE |
| v. | |
| NCO Financial Systems, Inc., | |
| Defendant. | |

16   The Court having received and reviewed the Stipulations filed on May 5, 2101, and on

May 6, 2011, by Plaintiff Travis Skaggs ("Plaintiff") and Third Party Respondent Verizon

California Inc. ("Verizon"), requesting an order vacating the Order to Show Cause filed in this

matter on April 25, 2011, and good cause appearing therefor,

   IT IS ORDERED that the Order to Show Cause directed to Third Party Respondent

Verizon California Inc. and filed on April 25, 2011 in the above-captioned matter shall be, and

hereby is, discharged.

   IT IS SO ORDERED.

DATED:  May 10, 2011

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

-1-