Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz

David Israel (LSB 7174)
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Tel: (504) 828-3700
Fax: (504) 828-3737
disrael@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SKAGGS, | CASE NO. 2:10-CV-02543-JAM-KJN |
| Plaintiff, | |
| -against- | **REQUEST TO WITHDRAW AS ATTORNEY PRO HAC VICE AND CO-COUNSEL FOR DEFENDANT; ORDER** |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

David Israel, attorney pro hac vice and co-counsel for defendant, NCO Financial Systems, Inc. ("NCO"), hereby declares as follows and requests the Court's approval of his withdraw from this matter:

1.  On March 17, 2011, the Court approved my pro hac vice admission in the above-capitoned case and I became co-counsel for NCO in this matter.

2. My firm maintains an office in California and NCO is also represented in this matter by Debbie Kirkpatrick, Esq. of the firm's California office. Ms. Kirkpatrick will continue to represent NCO following my withdrawal.

3. On May 6, 2011, I submitted to the Hon. Kimberly J. Mueller the affidavit attached hereto as Exhibit A in the matter of *Danao v. NCO Finanical Systems, Inc.*, Case No. 10-cv-02315-KJM-KJN. In that affidavit, I represented to Judge Mueller that I would seek to withdraw as attorney pro hac vice in those pending matters in which I had not become actively involved.

4. As stated in that affidavit, our firm practice has been to involve a senior attorney at the beginning of the case if there is a chance that the matter may involve prolonged litigation. Where the matter resolves quickly, 1 of the 3 attorneys in our San Diego office is the lead attorney and handles the case. For such cases, I do not make any court appearances, do not sign pleadings, and at most may discuss the case with other members of my firm. Although infrequent, I may speak with the plaintiff's attorney.

5. The above-captioned matter is one in which I have not been actively involved and hereby seek to withdraw pursuant to my affidavit filed in the *Danao* matter.

Motion to Withdraw

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct based on my personal knowledge.  Based on the foregoing, I
3  request that the Court enter an Order authorizing my withdrawal as attorney pro hac vice
4
5  and co-counsel for Defendant, NCO Financial Systems, Inc.
6  Dated: 5/23/11

*/s/David Israel*
DAVID ISRAEL, ESQ.
LOUISIANA BAR 7174

**IT IS SO ORDERED**

**DATED:  May 23, 2011**       **/s/ John A. Mendez**
                               **HON. JOHN A. MENDEZ**
                               **UNITED STATES DISTRICT JUDGE**