Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:    619/296-2013
dpk@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRAVIS SKAGGS, | ) Case No.  2:10-CV-02543-JAM-KJN |
| | ) |
| Plaintiff, | ) STIPULATION OF DISMISSAL WITH |
| | ) PREJUDICE AND ORDER |
| vs. | ) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a), each party to bear his/its own costs.

Dated: 9/13/11                    KROHN & MOSS, LTD.


/s/ Nicholas J. Bontrager
Nicholas J. Bontrager,
Attorney for Plaintiff,
Travis Skaggs

Dated: 9/13/11                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.


IT IS SO ORDERED.

Dated:  9/13/2011          /s/ John A. Mendez_____
Hon. John A. Mendez
U.S. District Court Judge

Stipulation of Dismissal
and [Proposed] Order
2

PDF created with pdfFactory trial version www.pdffactory.com